IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ZIMBABWE HARSHEEN FIELDS,  )
                                             )    CIVIL ACTION NO.: CV214-090
      Petitioner,             )
                                             )
      v.                             )
                                             )
SUZANNE R. HASTINGS, Warden,  )
                                             )
      Respondent.           )

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Zimbabwe Fields ("Fields") filed Objections. In his Objections, Fields asserts that the Magistrate Judge erred by not mentioning Setser v. United States, ___ U.S. ___, 132 S. Ct. 1463 (Mar. 28, 2012), which led the Magistrate Judge to arrive at the incorrect conclusion. In Setser, the United States Supreme Court determined that it is within a district court's "discretion to order that [a defendant's] sentence run consecutively to his anticipated state sentence in the probation revocation proceeding; and because the state court's subsequent decision to make that sentence concurrent with its other sentence does not establish that the [d]istrict [c]ourt abused its discretion by imposing an unreasonable sentence[.]" Setser v. United States, ___ U.S. at ___, 132 S. Ct. at 1473. The application of Setser to the facts of Fields' case does nothing to disturb the findings of the Magistrate Judge. The Honorable B. Avant Edenfield determined that he

intended Fields' federal sentence to run consecutively to his state sentence, and such a determination was within Judge Edenfield's discretion.

Fields' Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Fields' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 7 day of October, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)